# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Alvino,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Funding LLC,<br><br>    Defendant. | No. CV-15-01014-PHX-ROS<br><br>**ORDER** |

  Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 12), and good cause appearing,

  **IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

  Dated this 16th day of September, 2015.

                Honorable Roslyn O. Silver
                Senior United States District Judge